U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 MAY -8  AM 10: 20

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:14-cr-58-1 |
| ) | |
| JOHN PILCHER, ) | |
| ) | |
| Defendant. ) | |

### ENTRY ORDER

In preparation for the hearing set for May 14, 2015, the Court requires that counsel speak directly to one another for at least ten (10) minutes in an effort to (1) resolve the computer exam problem without additional delay and (2) get to the following issues:

    a. Is the power in the HSI building on all the time or is it subject to "power saving policies that are in place in many government facilities"?;

    b. How many hours does Mr. Workman need to complete his forensic review?; How does the agent responsible for the exam intend to keep other people out of the exam room while the review is running?

    c. What are all the other possible options?

The Court expects that this will be a practical, collegial discussion aimed at solving the problem without further delay. We can discuss the areas of agreement and disagreement at the hearing if necessary.

SO ORDERED.

8 May 2015

_____
Geoffrey W. Crawford
United States District Judge