UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:14-cr-58-01 |
| ) | |
| JOHN PILCHER, ) | |
| ) | |
| Defendant. ) | |

**ORDER RE: AVAILABILITY TO DEFENDANT OF MATERIALS IN GOVERNMENT POSSESSION**

The Government maintains possession of a seized desk top and laptop computer, including the computers' hard drives, pursuant to 18 U.S.C. § 3509(m), in relation to the above-captioned matter. The materials on the seized hard drives are reasonably available to the defendant and his expert, Thomas Workman, to the extent the Government provides Workman the following accommodations:

- Workman shall be permitted to access and consult the Government's technical materials, such as operating system manuals;
- Workman may bring his tools and equipment, including books and manuals, into the HSI facility;
- Workman shall be permitted to use the HSI facility's Adam Walsh Room, to which only he, the agent assigned to assist him, and senior supervisors will have access by key;
- Workman shall be permitted to conduct his examination in private on the condition that he leave his laptop's hard drives at the HSI facility; when his examination is complete, the parties will ensure that the hard drives have been forensically wiped of data before they are returned to Workman;
- Workman will have access to the HSI facility between 8:00 am and 6:00 pm; the Government will accommodate extended hours on forty-eight (48) hours' notice if necessary;

- Workman shall complete his examination within sixty (60) days of the date of this Order.

The Government shall comply with the above-listed accommodations.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 20th day of May, 2015.

_____
Geoffrey W. Crawford, Judge
United States District Court